# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 3/9/2026 |
| Case: 25−19158 | Form ID: pdf003 | Total: 41 |

**Recipients of Notice of Electronic Filing:**

tr Glenn B Stearns stearns_g@lisle13.com
aty Brendon Kirkland ndil@geracilaw.com
aty David Kosk ndil@geracilaw.com
aty W. Alexander Wilson ndil@geracilaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Veante Veshaun Richardson 841 N. York St. 401 Elmhurst, IL 60126
31782772 Acima Bankruptcy Dept. PO Box 1667 Draper,UT 84020
31782767 Credit Acceptance Corp. Bankruptcy Department 25505 West 12 Mile Road Southfield,MI 48034
31783461 Credit Acceptance Corporation 25505 W 12 Mile Rd Southfield MI 48034
31782757 Dimand Walinski 2225 Enterprise Dr #2504 Westchester,IL 60154
31782756 DuPage County Circuit Court 24SC5185 505 County Farm Road P.O. Box 707 Wheaton,IL 60187
31782773 EBay/Synchrony Bank Bankruptcy Dept. 950 Forrer Blvd. Kettering,OH 45420
31782766 Equifax Attn: Bankruptcy Dept. 1550 Peachtree St. Ne Atlanta,Ga 30309
31782765 Experian Attn: Bankruptcy Dept. Po Box 2002 Allen,Tx 75013
31782755 First Northern Credit Union Attn: Bankruptcy Dept. 230 W MONROE ST STE 2850 Chicago,IL 60606
31800488 First Northern Credit Union c/o Dimand Walinski Law Offices 2225 Enterprise Dr., Suite 2504 Westchester, IL 60154
31782761 First Northern Cu Attn: Bankruptcy Dept. 230 W MONROE ST STE 2850 CHICAGO,IL 60606
31865297 Hyundai Lease Titling Trust P.O. Box 20825 Fountain Valley, CA 92728
31782770 Hyundai Lease Titling Trust P.O. Box 20825 Fountain Valley,CA 92728
31782780 IRS Non−Priority Centralized Insolvency Operation PO Box 7346 Philadelphia,PA 19101
31782779 IRS Priority Debt Centralized Insolvency Operation PO Box 7346 Philadelphia,PA 19101
31782759 Kia Finance America Attn: Bankruptcy Dept. 4000 MACARTHUR BLVD STE NEWPORT BEACH,CA 92660
31847008 PORTFOLIO RECOVERY ASSOCIATES, LLC POB 41067 Norfolk, VA 23541
31782762 Portfolio Recov Assoc Attn: Bankruptcy Dept. 120 CORPORATE DRIVE NORFOLK,VA 23513
31782763 Portfolio Recov Assoc Attn: Bankruptcy Dept. 120 CORPORATE DRIVE NORFOLK,VA 23513
31782781 Progressive Bankruptcy Dept 256 West Data Drive Draper,UT 84020
31895509 REVCO SOLUTIONS INC. PO BOX 58 FORT MORGAN CO 80701
31782769 Rocket Mortgage LLC f/k/a Quicken Loans, LLC 635 Woodward Ave. Detroit,MI 48226
31835367 Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ 635 Woodward Ave. Detroit, MI 48226
31782774 Sbnaselflndr Attn: Bankruptcy Dept. 901 E 6th St. Ste 400 Austin,TX 78702
31782775 Self Financial/Lead bank Attn: Bankruptcy Dept. 1801 Main St. Kansas City,MO 64108
31782760 Service Finance Compan Attn: Bankruptcy Dept. 555 S FEDERAL HWY STE 20 Boca Raton,FL 33432
31894248 Service Finance Company, a division of Truist Bank Service Finance, Bankruptcy Section/100− PO Box 1847/100−50−01−51 Wilson, NC 27894
31782776 Sezzle Bankruptcy Dept. 700 Nicollet Mall Ste 640 Minneapolis,MN 55402
31815926 TD Bank USA, N.A. C/O Weinstein & Riley, PS 749 GATEWAY, SUITE G−601 ABILENE, TX 79602
31782758 Td Bank Usa/Targetcred Attn: Bankruptcy Dept. PO BOX 673 MINNEAPOLIS,MN 55440
31782777 The Huntington Natl Bank Attn: Bankruptcy Dept. PO Box 1558 Columbus,OH 43216
31782764 Transunion Attn: Bankruptcy Dept. Po Box 1000 Chester,Pa 19022
31783697 U.S. Department of Housing and Urban Development 77 West Jackson Boulevard Chicago, IL 60604−3507
31782768 US Department of Housing Attn: Bankruptcy Department Ralph Metcalf Federal Building Chicago,IL 60604
31782771 York Meadows Condo Association 841 N York St Elmhurst,IL 60126
31782778 Zip Inc. Bankruptcy Dept. 228 Park Ave S PMB 59872 New York,NY 10003

TOTAL: 37