UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 25-19158 |
| Veante Veshaun Richardson | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Motion of Rocket Mortgage, LLC to Modify Automatic Stay**

This matter coming to be heard on the Motion of Rocket Mortgage, LLC for Relief from Stay regarding the property located at 841 N York St, Apt 401, Elmhurst, IL 60126-1250, IT IS HEREBY ORDERED:

1. The motion is granted. The automatic stay is modified as to in rem remedies only to permit Rocket Mortgage, LLC to pursue its non-bankruptcy remedies with respect to the property located at 841 N York St, Apt 401, Elmhurst, IL 60126-1250.

2. The stay under Fed. R. Bankr. P. 4001(a)(4) does not apply, and this order is effective immediately.

Enter: 

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: May 15, 2026

**Prepared by:**

Susana Elizabeth Lykins (OH - 0075603)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: (513) 444.4100
bankruptcy@sottileandbarile.com