**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Veante V Richardson | ) | Case no. 25-19158 |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: David D. Cleary |
| | ) | |

## NOTICE OF OBJECTION

Please take notice that Glenn Stearns, Chapter 13 Trustee objects to the Debtor 's motion to modify plan docket # 37 .

1. The trustee requests a full payment from the debtor.

/s/ Glenn Stearns
For: Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888